Stacy H. Rubin, Esq. (NV Bar No. 9298)
Email: srubin@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 21-12443-nmc |
| MONEYLINE ANALYTICS, LLC, | Chapter 7 |
| Debtor. | |
| SHELLEY D. KROHN, *CHAPTER 7 TRUSTEE*, | Adv. No. 23-01124-nmc |
| Plaintiff, | DECLARATION OF STACY H. RUBIN, ESQ. |
| v. | |
| ROBERT SCHUERGER, AN INDIVIDUAL, | |
| Defendant. | Judge: Hon. Natalie M. Cox |

I, Stacy H. Rubin, declare and state as follows:

1. I am over the age of 18 and mentally competent. Except where stated on information and belief, I have personal knowledge of the facts in this matter, and, if called upon to testify, could and would do so.

2. I am an attorney duly licensed to practice law in the State of Nevada. I am an attorney with the law firm Holley Driggs (the "Firm") and one of the counsel of record for Robert Schuerger ("Client") in this case.

3. I make this declaration in support of the Ex Parte *Motion to Withdraw As Counsel and to Remove Counsel from CM/ECF Service List*.

4. F. Thomas Edwards, Esq., and R. McKay Holley, Esq., of the Firm remain as counsel of record for Client notwithstanding my withdrawal in this case.

15537-01/3192585.docx

5. My withdrawal will not result in delay of discovery, hearings, or any trials in this case in light of the Firm's continuous representation of the Client.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of July 2024.

 /s/ *Stacy H. Rubin*
STACY H. RUBIN

15537-01/3192585.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs and that, on the 18th day of July 2024, I caused to be served a true and correct copy of DECLARATION OF STACY H. RUBIN, ESQ. in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Holley Driggs